# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EUGENE SCHAIBLE,<br><br>Defendant. | 9:22-po-5081-KLD<br><br>VIOLATION:  F02S0010<br><br>ORDER |

Based upon the motion of the United States pursuant to the agreement between the parties and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total of $90.00 ($50.00 fine, $30.00 processing fee and $10.00 special assessment).  Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.  Payments may be made in the amount of $20.00 each month starting December 21, 2022.

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for December 1, 2022, is VACATED.

Any payments already made shall be credited towards the fine.

DATED this __29th__ day of November, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge